IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MICHAEL WAYNE HARKNESS,           § | |
|      Petitioner,                  § | |
| VS.                               § | CIVIL ACTION NO.4:06-CV-215-Y |
|                                   § | |
| NATHANIEL QUARTERMAN,             § | |
| Director, T.D.C.J.                § | |
| Correctional Institutions Div.,   § | |
|      Respondent.                  § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Michael Wayne Harkness under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on February 12, 2007; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on March 5, 2007.

The Court, after de novo review, concludes that Harkness's objections must be overruled, and that the petition for writ of habeas corpus should be denied, for the reasons stated in the respondent's answer at sections III-IV, pages 10-15, and for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Michael Wayne Harkness's petition for writ of habeas corpus is DENIED.

SIGNED March 15, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE